IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GALE S. MAY, :

    Plaintiff, :
                                  Case No. 3:09cv00090
vs. :
                                  District Judge Walter Herbert Rice
MICHAEL J. ASTRUE, : Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #16), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on April 10, 2012 (Doc. #16) is ADOPTED in full;

2. Plaintiff's Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. #14) is GRANTED in part to the extent Plaintiff is entitled to an EAJA award in the total amount of $1,381.25. Plaintiff's Motion for an EAJA award totaling $1,761.15 is DENIED; and

3. The case remains terminated on the docket of this Court.

*[Signature]*
Walter Herbert Rice
United States District Judge